```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF INDIANA
            SOUTH BEND DIVISION
```

| | |
|---|---|
| TRINITY HUNTER,           ) | |
| Plaintiff,                ) | |
|                           ) | |
| vs.                       ) | CAUSE NO. 3:07-CV-593 |
|                           ) | |
| OFFICER WISE,             ) | |
| Defendant.                ) | |

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Christopher A. Nuechterlein, filed on July 8, 2010 (DE #111). More than 14 days have passed and no party has filed any objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation (DE #111) in full. Accordingly, the Clerk is **ORDERED** to **DISMISS WITHOUT PREJUDICE** Plaintiff's remaining claim due to failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e)(a). The Clerk is hereby **ORDERED** to close this case.

**DATED: August 5, 2010**              /s/RUDY LOZANO, Judge
                                        **United States District Court**